# Third District Court of Appeal

## State of Florida

Opinion filed April 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0001
Lower Tribunal No. F15-3890
_____

**Yilian Quintana Ramirez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Yilian Quintana Ramirez, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Aguilar v. State, No. 3D23-2007, 2024 WL 1424064 (Fla. 3d DCA April 3, 2024); Witt v. State, 387 So. 2d 922, 931 (Fla. 1980); Mosley v. State, 209 So. 3d 1248, 1276-83 (Fla. 2016); Hester v. State, 267 So. 3d 1084, 1084 (Fla. 1st DCA 2019); cf. Powers v. State, 316 So. 3d 352 (Fla. 4th DCA 2021); Archer v. State, 332 So. 3d 24 (Fla. 2d DCA 2021).